IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WARDEN R.T.C. GROUNDS, et al.,<br><br>　　　　Defendants. | No. C 12-2946 LHK (PR)<br><br>ORDER GRANTING SUA SPONTE EXTENSION OF TIME TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS |

Petitioner has filed a *pro se* civil rights complaint pursuant to 42 U.S.C.§ 1983. (Docket No. 4.) Plaintiff has also filed an application to proceed *in forma pauperis*. (Docket No. 5.) On July 10, 2012, the Clerk of the Court notified the Plaintiff that his application was deficient because it failed to contain a certificate of funds signed by an authorized prison official and a statement of his trust account. (Docket No. 6.) Before the Court is Plaintiff's letter indicating that he has requested that prison officials complete the necessary documents to complete his application, however his request has not been fulfilled. (Docket No. 7.)

Based on Plaintiff's letter, the Court on its own motion **GRANTS** Plaintiff an extension of time to file a complete application to proceed *in forma pauperis*. Plaintiff shall file a complete application to proceed *in forma pauperis* **no later than thirty (30) days** after the filing date of this order.

IT IS SO ORDERED.

DATED: 8/22/12

　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Sua Sponte Extension of Time for Petitioner to File Application to proceed In Forma Pauperis
G:\PRO-SE\SJ.LHK\CR.12\Jones946SuaSponteEot-ifp.wpd