IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID A. JONES, | ) | No. C 12-2946 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| R. ROQUE, et al., | ) | |
| Defendants. | ) | |

The court has granted defendants' motion to dismiss. Judgment is entered in favor of defendants and against plaintiff. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/14/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\LHK\CR.12\Jones946jud.wpd